UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MARIO OHOA CASTRO, | : | |
| Petitioner, | : | Civ. No. 13-7213 (RBK) |
| v. | : | **ORDER** |
| WARDEN J. HOLLINGSWORTH, et al. | : | |
| Respondents. | : | |

For the reasons expressed in the Court's Opinion filed herewith,

IT IS on this   6th   day of    March   , 2014,

ORDERED that the Clerk shall reopen this case; and it is further

ORDERED that petitioner's motion to amend/alter the January 14, 2014 Opinion (Dkt. No. 4.) is denied; and it is further

ORDERED that the Clerk shall serve the Opinion and Order on petitioner by regular U.S. Mail; and it is further

ORDERED that the Clerk shall reclose this case.

                                                          s/Robert B. Kugler
                                                          ROBERT B. KUGLER
                                                          United States District Judge